UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 30 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: **19CR 790** |
| v. | § | |
| JONAS TERRY, | § | |
| Defendant. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### Felon in Possession of a Firearm

On or about September 29, 2019, in the Houston Division of the Southern District of Texas, the defendant,

JONAS TERRY,

having been convicted previously of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, namely, a Glock 9mm pistol which had been shipped and traveled in interstate and foreign commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

1

**COUNT TWO**
**Possession of a Machinegun**

On or about September 29, 2019, in the Houston Division of the Southern District of Texas, the defendant,

JONAS TERRY,

did knowingly possess a machinegun, namely, a Glock 9mm pistol which had been modified to automatically shoot more than one shot without manual reloading, by a single function of the trigger.

In violation of Title 18, United States Code, §§ 922(o)(1) and 924(a)(2).

Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, § 924(d)(1), the United States of America hereby gives notice that all firearms and ammunition involved in, or used in the commission of the offense in violation of Title 18, United States Code, § 922(g)(1) charged in Count One are subject to forfeiture, including, but not limited to, the following:

- A Glock Model 19, 9mm handgun, serial number BETB720;
- Multiple rounds of 9mm ammunition of various manufacture.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY: _____
RICHARD D. HANES
Assistant United States Attorney