United States Courts
Southern District of Texas
FILED

*July 28, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: H-19-790S |
| | § | |
| v. | § | |
| | § | |
| JONAS TERRY, | § | |
| Defendant. | § | |

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

**INTRODUCTION**

"Machinegun" is defined in Title 26, United States Code, § 5845(b), as: any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

A "Glock switch" is an after-market manufactured and sold component part designed to be affixed to the slide of a Glock handgun which allows the handgun to be fired in a fully automatic mode.

## COUNT ONE
### Felon in Possession of a Firearm

On or about September 29, 2019, in the Houston Division of the Southern District of Texas, the defendant,

JONAS TERRY,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock 9mm pistol which had been shipped and traveled in interstate and foreign commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

## COUNT TWO
### Possession of a Machinegun

On or about September 29, 2019, in the Houston Division of the Southern District of Texas, the defendant,

JONAS TERRY,

did knowingly possess a machinegun, namely, a Glock 9mm pistol which had been modified to automatically shoot more than one

shot without manual reloading, by a single function of the trigger.

In violation of Title 18, United States Code, §§ 922(o)(1) and 924(a)(2).

## Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, § 924(d)(1), the United States of America hereby gives notice that all firearms and ammunition involved in, or used in the commission of the offense in violation of Title 18, United States Code, § 922(g)(1) charged in Count One are subject to forfeiture, including, but not limited to, the following:

- A Glock Model 19, 9mm handgun, serial number BETB720;
- Multiple rounds of 9mm ammunition of various manufacture.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

JENNIFER B. LOWERY
Acting United States Attorney

BY: _____
RICHARD D. HANES
Assistant United States Attorney

3